UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANELLE KITCHIN, et al., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>RANDALL LIBERTY, et al., )<br>)<br>Defendants | 1:18-cv-00356-JDL |

## PROCEDURAL ORDER

On October 30, 2019, the Court conducted a telephonic hearing at Plaintiffs' request to discuss their attempts to serve Amanda Paine, who is named as a defendant in the Second Amended Complaint. The deadline to serve Ms. Paine is October 30, 2019.

For the reasons stated on the record, the Court extends the time for Plaintiffs to serve Ms. Paine to a date to be established upon review of the status report to be filed in accordance with this order. On or about December 31, 2019, Plaintiffs shall file a status report regarding their efforts to serve Ms. Paine. Although Plaintiffs have not served Ms. Paine, the matter shall proceed with discovery. The Court will issue an amended scheduling order to govern the future course of the case.

## NOTICE

Any objections to this order shall be filed in accordance with Federal Rule of Civil Procedure 72.

Dated this 31st day of October, 2019.

/s/ John C. Nivison
U.S. Magistrate Judge