UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIELLE KITCHIN and DANA B. KITCHIN, Co-Personal Representatives and heirs of the ESTATE OF DANA A. KITCHIN,<br><br>Plaintiffs,<br><br>v.<br><br>RANDALL LIBERTY, et al. | Docket No. 1:18-cv-00356-JDL |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO 41(a)(1)(A)(ii)**

NOW COME PLAINTIFFS and the below DEFENDANTS in the above-captioned litigation and Stipulate to the Dismissal of all claims with prejudice, and without costs, interest or attorney's fees, against the following Defendants:

1. RANDALL LIBERTY,
2. KEN MASON,
3. KENNEBEC COUNTY,
4. KENNEBEC COUNTY SHERIFF'S OFFICE,
5. KENNEBEC COUNTY CORRECTIONS DIVISION,
6. KENNEBEC COUNTY CORRECTIONAL FACILITY,
7. KENNEBEC COUNTY COMMISSIONERS being PATSY G. CROCKETT, NANCY G. RINES and GEORGE M. JABAR, II,
8. BRANDON GARDNER,
9. NATHAN LETOURNEAU,
10. BRYAN ROBBINS,
11. AMANDA L. PAINE (f/k/a AMANDA CARLOW),
12. MYRA GAGNON,
13. AARON BEALE,
14. NICHOLAS ROUTHIER,
15. ALEX MORIN,
16. DARRELL BRYANT,
17 KEITH LACHANCE,
18. MARSHA ALEXANDER and
19. JOHN AND JANE DOES 1 THROUGH 100.

Dated this 11th day of March 2020 in Portland, Maine.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /s/ Timothy E. Zerillo, Esq.<br>ME Bar No. 9108<br>Attorney for Plaintiffs<br>Zerillo Law Firm, LLC<br>1250 Forest Ave, Ste 3A<br>Portland, ME 04103 | /s/ John M. Burke, Esq.<br>ME Bar No. 4787<br>Attorney for Plaintiffs<br>Caseiro Burke LLC<br>One Union Street, Suite 400<br>Portland, ME 04101 |
| /s/ Peter T. Marchesi<br>Peter T. Marchesi, Esq.<br>Wheeler & Isy, P.A.<br>27 Temple Street<br>Waterville, ME 04901 | /s/ Cassandra S. Shaffer<br>Cassandra S. Shaffer, Esq.<br>Wheeler & Isy, P.A.<br>27 Temple Street<br>Waterville, ME 04901 |
| /s/ John J. Wall III<br>MONAGHAN LEAHY, LLP<br>95 Exchange Street, P.O. Box 7046<br>Portland, ME 04112-7046 | /s/ Jeffrey T. Edwards<br>Preti Flaherty, LLP<br>One City Center, P.O. Box 9546<br>Portland, Maine 04112-9546 |

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIELLE KITCHIN and DANA B. KITCHIN, Co-Personal Representatives and heirs of the ESTATE OF DANA A. KITCHIN,<br><br>Plaintiffs,<br><br>v.<br><br>RANDALL LIBERTY, et al. | Docket No. 1:18-cv-00356-JDL |

**CERTIFICATE OF SERVICE**

I hereby filed foregoing the Stipulation of Dismissal on all parties via the ECF system.

Respectfully Submitted,

/s/ Timothy E. Zerillo, Esq.
ME Bar No. 9108
Attorney for Plaintiffs
Zerillo Law Firm, LLC
1250 Forest Ave, Ste 3A
Portland, ME 04103
207-228-1139
tim@zerillolaw.com

3