UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIELLE KITCHIN and DANA B. KITCHIN, Co-Personal Representatives and heirs of the Estate of DANA A. KITCHIN, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>RANDALL LIBERTY, et al., <br><br>　　　　Defendants. | ) ) ) ) ) ) ) Case No. 1:18-cv-00356-JDL ) ) ) ) ) ) ) |

**STIPULATION OF DISMISSAL**

NOW COME THE PLAINTIFFS and the below DEFENDANTS in the above-captioned litigation and Stipulate to the Dismissal of all claims with prejudice, and without costs, interest or attorney's fees, against the following Defendants:

1. Correctional Health Partners, LLC
2. Stephen Krebs, M.D.
3. Jennifer Mix, D.O.
4. Ann-Marie Ulrich, R.N.
5. Carmen Mulholland, R.N.

Dated this 1st day of April 2020 in Portland, Maine.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| /s/ Timothy E. Zerillo, Esquire <br> Timothy E. Zerillo (ME Bar #9108) <br> Attorney for Plaintiffs <br> Zerillo Law Firm, LLC <br> 1250 Forest Avenue, Ste. 3A <br> Portland, ME  04103 | /s/ John M. Burke, Esquire <br> John M. Burke (ME Bar #4787) <br> Attorney for Plaintiffs <br> Caseiro Burke LLC <br> One Union Street, Suite 400 <br> Portland, ME  04101 |

15367131.1

2

/s/ Peter T. Marchesi, Esquire
Peter T. Marchesi (ME Bar #6889)
Wheeler & Isy, P.A.
27 Temple Street
Waterville, ME  04901

/s/ Cassandra S. Shaffer, Esquire
Cassandra S. Shaffer (ME Bar #9721)
Wheeler & Isy, P.A.
27 Temple Street
Waterville, ME  04901

/s/ John J. Wall, III, Esquire
John J. Wall (ME Bar #7564)
Monaghan Leahy, LLP
95 Exchange Street
P.O. Box 7046
Portland, ME  04112-7046

/s/ Jeffrey T. Edwards, Esquire
Jeffrey T. Edwards (ME Bar #679)
Preti Flaherty, LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546

2

15367131.1